# MEMORANDA.

No. 83—2353. Abbott v. Morris. The court is fully satisfied that the verdict in this case was not only just, but supported by the evidence, and that there was no error of law. Affirmed. Opinion PER CURIAM. Judge below, ELLIOTT ANTHONY. Attorneys, for appellant, Mr. GEO. W. CASS; for appellee, Messrs. FRANK J. SMITH & HELMER. Opinion filed June 23, 1886.

No. 115—2385. Stanwood v. Pratt. Judgment was rendered by the court below in favor of appellee and against appellant, for the value of certain shares of telephone stock. There is evidence in the record which clearly supports the finding, and from an examination of the whole evidence, this court is unable to say that it so preponderates against the finding as to justify a reversal. Judgment affirmed. Opinion PER CURIAM. Judge below, JOSEPH E. GARY. Attorneys, for appellant, Mr. C. C. BONNEY and Mr. LYMAN M. PAINE; for appellee, Mr. E. F. RUNYAN. Opinion filed July 21, 1886.